_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: June 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

**IN THE MATTER OF:**                                    **CASE NO.: 20-02601-JAW**
**STEPHANIE D. GILLIAM**
**SS#:  XXX-XX-4474**

**RELEASE OF WAGES**

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

DFAS GARNISHMENT LAW DIRECTORATE
ATTN BANKRUPTCY DEPT
P.O. BOX 998002
CLEVELAND, OH 44199-8002

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): PLAN PYMNTS COMPLETE

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##