**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Stephanie D Gilliam, Debtor                    Case No. 20-02601-JAW
                                                        Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Stephanie D Gilliam**　　　　　　　　　　　　　　　　　　　　　　　　**06/18/2025**
      Stephanie D Gilliam　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date

**/s/ Thomas C. Rollins, Jr.**　　　　　　　　　　　　　　　　　　　　　　　　　　**06/18/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469　　　　　　　　　　　　　　　　　　　Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

On June 18, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                **/s/ Thomas C. Rollins, Jr.**
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

STEPHANIE D GILLIAM

CASE NO: 20-02601-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 6/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>STEPHANIE D GILLIAM | CASE NO: 20-02601-JAW<br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/18/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                          EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    PRA   RECEIVABLES MANAGEMENT LLC               US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               POB 41067                                      THAD COCHRAN US COURTHOUSE
CASE 20-02601-JAW                   NORFOLK   VA 23541-1067                        501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI                                                   SUITE 2300
WED JUN 18 8-52-12 PST 2025                                                        JACKSON   MS 39201 5036




BANK OF AMERICA                     BANK OF AMERICA   NA                           CAPITAL ONE
PO BOX 982238                       P O BOX 982284                                 PO BOX 30281
EL PASO   TX 79998-2238             EL PASO   TX 79998-2284                        SALT LAKE CITY   UT 84130-0281




CAPITAL ONE                         CAPITAL ONE BANK (USA)   NA                    CHASE CARD SERVICES
PO BOX 3115                         BY AMERICAN INFOSOURCE AS AGENT                PO BOX 15369
MILWAUKEE   WI 53201-3115           4515 N SANTA FE AVE                            WILMINGTON   DE 19850-5369
                                    OKLAHOMA CITY   OK 73118-7901




CITIBANK                            DISCOVER BANK                                  (P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 6217                         DISCOVER PRODUCT INC                           PO BOX 3025
SIOUX FALLS   SD 57117-6217         PO BOX 3025                                    NEW ALBANY OH 43054-3025
                                    NEW ALBANY   OH 43054-3025




JPMORGAN CHASE BANK   NA            LVNV FUNDING   LLC                             LAKELAND RADIOLOGIST
SBMT CHASE BANK USA   NA            RESURGENT CAPITAL SERVICES                     1855 LAKELAND DR
CO ROBERTSON   ANSCHUTZ   SCHNEID   PL   PO BOX 10587                              JACKSON   MS 39216-4913
6409 CONGRESS AVENUE   SUITE 100    GREENVILLE   SC 29603-0587
BOCA RATON   FL 33487-2853




LENDINGCLUB                         MUTUAL CDT                                     MUTUAL CREDIT UNION
595 MARKET ST                       1604 CHERRY ST                                 LESLIE R SADLER
SAN FRANCISCO   CA 94105-2802       VICKSBURG   MS 39180-3586                      901 BELMONT STREET
                                                                                   VICKSBURG   MS 39180-3829




NEWSOUTH NEUROSPINE                 PRA RECEIVABLES MANAGEMENT   LLC AS            (P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 24537                        AGENT OF                                       PO BOX 41067
JACKSON   MS 39225-4537             PORTFOLIO RECOVERY ASSOCIATES   LLC            NORFOLK VA 23541-1067
                                    PO BOX 41067
                                    NORFOLK   VA 23541-1067




SYNCHRONY BANK                      SYNCHRONY BANK                                 SYNCHRONY BANK
PO BOX 105972                       PO BOX 965005                                  PO BOX 965036
ATLANTA   GA 30348-5972             ORLANDO   FL 32896-5005                        ORLANDO   FL 32896-5036



                                                       EXCLUDE
SYNCHRONY BANK                      UNITED STATES TRUSTEE                          JENNIFER A CURRY CALVILLO
CO PRA RECEIVABLES MANAGEMENT   LLC 501 EAST COURT STREET                          THE ROLLINS LAW FIRM
PO BOX 41021                        SUITE 6 430                                    702 W PINE ST
NORFOLK VA 23541-1021               JACKSON   MS 39201 5022                        HATTIESBURG   MS 39401-3836
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

DEBTOR                                                                                      EXCLUDE

STEPHANIE D GILLIAM              THOMAS CARL ROLLINS JR             TORRI PARKER MARTIN
501 FAIRWAYS DR APT 2A           THE ROLLINS LAW FIRM  PLLC         TORRI PARKER MARTIN   CHAPTER 13
VICKSBURG  MS 39183-8371         PO BOX 13767                       BANKRUPT
                                 JACKSON  MS 39236-3767             200 NORTH CONGRESS STREET  STE 400
                                                                    JACKSON  MS 39201-1902
```